420 Lexington Avenue  
New York, NY 10170  
www.mta.info

**Catherine A. Rinaldi**  
President



August 24, 2021

**Via ECF filing**

Honorable Naomi Reice Buchwald  
Southern District of New York  
Daniel Patrick Moynihan  
United States Courthouse  
500 Pearl St.  
New York, NY 10007-1312

Re: Kelly Palmer v. Metro-North Railroad  
    File No.: 21-CV-05994 (NRB)  
    Initial Conference Date: September 23, 2021

Dear Honorable Judge Buchwald:

Please be advised that my office just became aware that an Initial Conference has been scheduled for September 23, 2021.

This letter is to request an adjournment of the conference in this matter due to the fact that I have scheduled a vacation and I will be out of the Country at that time. This vacation has been planned for almost one month. I am hoping that this Court will grant this extension since this will be the first time I am able to go on a vacation due to the pandemic.

Per your court's rules, please be advised of the following:

1. Initial Conference original date is 9-23-21. Based upon discussion with adversary, both parties can appear for a conference either on October 12 (**morning only**) or October 14 (all Day);
2. This is the first request of adjournment by this office;
3. Not applicable;
4. I have spoken to my adversary and he consents to the said adjournment;
5. This adjournment will not affect any other scheduled dates since the parties have yet to submit a Case Management Plan.

*ENDORSEMENT*

The Conference is adjourned until October 14, 2021 at 10:30 am.

*[signature]* Naomi Reice Buchwald, USDJ

August 25, 2021

---

MTA Metro-North Railroad is an agency of the Metropolitan Transportation Authority, State of New York  
Janno Lieber, MTA Acting Chair & CEO

Letter to Hon. Naomi Reice Buchwald
Palmer v. Metro-North Railroad
August 24, 2021
Page 2 of 2

Thank you for your courtesies in this matter.

Yours truly,

*[signature]*

Alan Muraidekh
Senior Associate Counsel
Email: AMuraidekh@mnr.org
Phone: (212) 340-2203

cc: Steven L. Kantor, Esq. via ECF